No. 498.   VON HARDENBERG ET AL. *v.* KENNEDY, ATTORNEY GENERAL.   Supreme Court of Illinois.   Certiorari denied.   *Roland Towle* and *Thomas P. Sullivan* for petitioners.   *Solicitor General Cox, Acting Assistant Attorney General Guilfoyle* and *Sherman L. Cohn* for respondent.

No. 488.   GUNDERSON BROS. ENGINEERING CORP. *v.* MERRITT-CHAPMAN & SCOTT CORP.   C. A. 9th Cir.   Certiorari denied.   THE CHIEF JUSTICE and MR. JUSTICE BLACK believe that certiorari should be granted to consider whether the petitioner Gunderson Bros. Engineering Corp. has been denied its right to jury trial guaranteed by the Seventh Amendment to the Constitution of the United States.   *William F. White* for petitioner.   *Benjamin H. Kizer* for respondent.

No. 496.   222 EAST CHESTNUT STREET CORP. ET AL. *v.* WEINER ET AL.   C. A. 7th Cir.   Certiorari denied.   MR. JUSTICE GOLDBERG took no part in the consideration or decision of this application.   *Wesley G. Hall* for petitioners.

No. 556, Misc.   RINIERI *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   Petitioner *pro se*.   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 590, Misc.   MONT *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   Petitioner *pro se*.   *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.